1 TEKER TORRES & TEKER, P.C.
  Suite 2-A, 130 Aspinall Avenue
2 Hagåtña, Guam 96910-5018
  Telephone: (671) 477-9891
3 Facsimile: (671) 472-2601

4 STEWART SOKOL & GRAY LLC (*Pro Hac Vice Pending*)
  2300 SW First Avenue, Suite 200
5 Portland, Oregon 97201-5047
  Telephone: (503) 221-0699
6 Facsimile: (503) 419-0281

7 Attorneys for Use Plaintiff and Plaintiff
  IMCO General Construction, Inc.



**FILED**
DISTRICT COURT OF GUAM
JUN 06 2011
JEANNE G. QUINATA
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES for the use and benefit of IMCO GENERAL CONSTRUCTION, INC., a Washington corporation, and IMCO GENERAL CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>KEY TURF CONSTRUCTION, INC., a California corporation; WESTERN INSURANCE COMPANY, a Utah surety; SOUTH GULF, INC., a Florida corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey surety,<br><br>Defendants. | CIVIL ACTION NO. 11-00018<br><br>**COMPLAINT**<br><br>Jury Trial Demanded |

Plaintiffs allege as follows:

### I. JURISDICTION

1.1 Jurisdiction and venue are proper pursuant to 28.U.S.C. § 1332 and 40 U.S.C. § 3133.

Page 1 - COMPLAINT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 1   Filed 06/06/11   Page 1 of 6

1.2     Plaintiff IMCO General Construction, Inc. ("IMCO") is a Washington corporation having its principal place of business in the State of Washington. IMCO pursues this action both in its own name (as to Counts One and Two) and in the name of the United States of America for the use and benefit of IMCO General Construction, Inc. (as to Count Three).

1.3     Defendant Key Turf Construction, Inc. ("Key Turf") is a California corporation having its principal place of business in the State of California. Defendant Western Insurance Company ("Western") is a surety company domiciled in the State of Utah that is authorized to issue surety bonds in the Territory of Guam.

1.4     Defendant South Gulf, Inc. ("South Gulf") is a Florida corporation with its principal place of business in the State of California. Defendant International Fidelity Insurance Company ("International") is a surety company domiciled in the State of New Jersey that is authorized to issue surety bonds in the Territory of Guam.

## II. GENERAL ALLEGATIONS

2.1     South Gulf served as the prime contractor on the construction project owned by the United States Government known as the Andersen AFB, Guam, Project AJJY 97-5120, Contract FA5240-09-C-0009 (the "Project"). In connection with the Project and as required by 40 U.S.C. § 3131 et seq., South Gulf, as principal, and International, as surety, posted a payment bond (Bond #0468229) for the benefit of the laborers and materialmen working on the Project in the penal sum of $2,099,257.00 (hereinafter the "Miller Act Payment Bond").

2.2     Key Turf served as a first-tier subcontractor to South Gulf on the Project. In connection with its subcontract, Key Turf, as principal, and Western, as surety, posted a Subcontract Labor and Material Payment Bond (Bond No. BSC 00060) in the penal sum of $1,066,500.00 for the benefit of claimants providing labor, materials and equipment to

///

Page 2 - COMPLAINT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 1   Filed 06/06/11   Page 2 of 6

Key Turf and its subcontractors on the Project (hereinafter the "Subcontract Payment Bond").

2.3     On or about July 26, 2010, Key Turf entered into a Subcontract Agreement with IMCO for performance of certain work at the Project. Under the Subcontract Agreement, Key Turf agreed to pay to IMCO in monthly installments the adjusted subcontract price of $439,630.50 in exchange for IMCO's performance of its work.

2.4     IMCO timely performed its work in accordance with the Subcontract Agreement and submitted its pay applications to Key Turf. Key Turf failed and refused to pay IMCO in full for its work. The value of IMCO's work for which it has not been paid is at least $242,303.91, plus accrued and accruing interest.

2.5     In addition, Key Turf's actions and inactions have prevented IMCO from proceeding with work on the Project and has caused IMCO to incur delays, standby and extra costs, inefficiencies and other delay damages. Through the end of May, 2011, IMCO's delay and impact damages total approximately $253,184, and such delay damages continue to accrue.

## III. COUNT ONE - BREACH OF CONTRACT

3.1     IMCO realleges and incorporates herein the allegations contained in paragraphs 1.1 through 2.5.

3.2     Key Turf's failure and refusal to pay the amounts due under the Subcontract Agreement, including payment for changed and extra work and delays, constitutes a breach of that contract.

3.3     As a direct and foreseeable result of Key Turf's breach, IMCO has been damaged in the amount of at least $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate, plus its reasonable attorney fees and costs.

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

## IV. COUNT TWO - ACTION ON SUBCONTRACT PAYMENT BOND

4.1  IMCO realleges and incorporates herein the allegations contained in paragraphs 1.1 through 3.3.

4.2  Under the terms of the Subcontract Payment Bond, Western is bound to pay the amounts owed to IMCO for the labor, materials and equipment furnished to the Project and IMCO is entitled to bring this action to recover the unpaid amounts.

4.3  On or about February 14, 2011, IMCO caused to be delivered to Key Turf and Western via certified mail, return receipt requested and U.S. first class mail, a notice of bond claim, which set forth the amount due and owing to IMCO accompanied by supporting documentation. A copy of IMCO's notice is attached hereto as **Exhibit A**. Despite demand, IMCO has not been paid.

4.4  IMCO is entitled to recover from Western on the Subcontract Payment Bond the amount of at least $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate, plus its reasonable attorney fees and costs

## V. COUNT THREE - ACTION ON MILLER ACT PAYMENT BOND

5.1  IMCO realleges and incorporates herein the allegations contained in paragraphs 1.1 through 4.4.

5.2  Having supplied labor, materials and equipment to the Project as a subcontractor to first-tier subcontractor Key Turf, IMCO is entitled to an action in the name of the United States against International on the Miller Act Bond pursuant to 40 U.S.C. § 3133. On or about February 14, 2011, which is within 90 days after the day on which IMCO last performed labor or furnished materials to the Project, IMCO caused to be delivered to South Gulf and International notice of its claim setting forth the amounts due and the name of the party to whom the material was furnished and for whom the labor was performed. The notice was served via certified mail, return receipt

Page 4 - COMPLAINT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 1   Filed 06/06/11   Page 4 of 6

requested and by U.S. first class mail. A copy of IMCO's notice is attached hereto as **Exhibit B**. IMCO has in all respects complied with 40 U.S. § 3131 et seq.

5.3  Pursuant to 40 U.S.C. § 3133, IMCO is entitled to recover from International on the Miller Act Payment Bond the unpaid principal amount of $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate, plus its reasonable attorney fees and costs.

## JURY TRIAL DEMAND

Use Plaintiff and Plaintiff IMCO demands a jury on all issues so triable.

WHEREFORE, Use Plaintiff and Plaintiff IMCO General Construction, Inc. prays that it be awarded judgment as follows:

1. On Count One, against Key Turf in the amount not less than $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate;

2. On Count Two, against Western in an amount not less than $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate;

3. On Count Three, against International in an amount not less than $242,303.91, plus IMCO's delay and impact damages in an amount to be proven at trial, all together with accrued and accruing interest at the highest statutory or contract rate;

4. Against all defendants on all counts, for its reasonable attorneys fees and costs; and

///

///

///

///

Page 5 - COMPLAINT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 1   Filed 06/06/11   Page 5 of 6

5. All other and further relief to which IMCO General Construction, Inc. is entitled.

DATED at Hagåtña, Guam this 6 day of June, 2011.

TEKER TORRES & TEKER, P.C.

By: _____
Samuel S. Teker, Esq.
Attorneys for Use Plaintiff and Plaintiff
IMCO General Construction, Inc.

Page 6 - COMPLAINT

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 1   Filed 06/06/11   Page 6 of 6