John H. Dwyer, Jr.
ZIELKE LAW FIRM, PLLC
1250 MeidingerTower
462 South Fourth Street
Louisville, KY40202
Tel: (502) 589-4600
Fax: (502) 584-0422
E-mail: jdwyer@zielkefirm.com

Counsel for Defendants, South Gulf, Inc. and
International Fidelity Insurance Company

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES for the Use and Benefit of IMCO GENERAL CONSTRUCTION, ET AL.<br><br>Plaintiffs<br>v.<br><br>KEY TURF CONSTRUCTION, INC., ET AL.<br><br>Defendants. | CIVIL CASE NO: 11-00018<br><br>**ORDER<br>RE: STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE** |

The Stipulation for Order of Partial Dismissal with Prejudice filed **May 17, 2013** is hereby **APPROVED.** Pursuant to said Stipulation, all claims of IMCO General Construction, Inc. against South Gulf Inc. and International Fidelity Insurance Co. are hereby dismissed with prejudice, with each party is to bear its own costs.

**IT IS SO ORDERED**.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 21, 2013**