1 PHILLIP TORRES, ESQ.
   ptorres@tttguamlawyers.com
2 TORRES LAW GROUP
   Suite 2-A, 130 Aspinall Avenue
3 Hagatna, Guam 96910-5018
   Telephone:   671-477-9891
4 Facsimile:     671-472-2601

5 JOHN SPENCER STEWART, ESQ., *pro hac vice*
   jstewart@lawssl.com
6 THOMAS A. LARKIN, ESQ., *pro hac vice*
   tlarkin@lawssl.com
7 TYLER J. STORTI, ESQ., *pro hac vice*
   tstorti@lawssl.com
8 STEWART SOKOL & LARKIN LLC
   2300 SW First Avenue, Suite 200
9 Portland, OR 97201-5047
   Telephone:   503-221-0699
10 Facsimile:     503-223-5706
        *Attorneys for Use Plaintiff and Plaintiff*
11      *IMCO General Construction, Inc.*

12                IN THE DISTRICT COURT OF GUAM

13                     TERRITORY OF GUAM

| | |
|---|---|
| 14 UNITED STATES for the use and benefit of IMCO GENERAL CONSTRUCTION, INC., a Washington corporation, and IMCO GENERAL CONSTRUCTION, INC., a Washington corporation, | CIVIL ACTION NO. 1:11-cv-00018 |
| 17                              Plaintiffs, | **USE PLAINTIFF AND PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S SUPPLEMENTAL STATUS REPORT** |
| 18      v. | |
| 19 KEY TURF CONSTRUCTION, INC., a California corporation; WESTERN INSURANCE COMPANY, a Utah surety; SOUTH GULF, INC., a Florida corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey surety, | |
| 23                              Defendants. | |

24

25       In response to the Court's April 14, 2017 Order [Dkt. 89], Plaintiffs submit the

26 following supplemental status report clarifying their intentions with respect to

PAGE 1 - USE PLAINTIFF AND PLAINTIFF IMCO GENERAL
         CONSTRUCTION, INC.'S SUPPLEMENTAL STATUS
         REPORT

STEWART SOKOL & LARKIN LLC
A T T O R N E Y S   A T   L A W
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

7608.055-01560161; 1

Case 1:11-cv-00018   Document 90   Filed 04/22/17   Page 1 of 2

1    Defendant Key Turf Construction, Inc. ("Key Turf").

2         Plaintiffs have confirmed that Key Turf's Chapter 7 bankruptcy case is now

3    closed, the stay has been lifted (11 U.S.C. 362 (c)), and the debt to IMCO has not

4    been discharged (11 U.S.C. 727 (a)(1)).  Accordingly, the Motion for Order of Default

5    and Judgment should be considered by the Court.

6

7         DATED at Portland, Oregon this 21st day of April, 2017.

8    TORRES LAW GROUP                    STEWART SOKOL & LARKIN, LLC

9
     By: *s/ Phillip Torres*            By: *s/ Thomas A. Larkin*
10      PHILLIP TORRES, ESQ.               JOHN SPENCER STEWART, *pro hac vice*
        *Attorneys for Use Plaintiff and*  THOMAS A. LARKIN, *pro hac vice*
11      *Plaintiff IMCO General*          TYLER J. STORTI, *pro hac vice*
        *Construction, Inc.*             *Attorneys for Use Plaintiff and*
12                                        *Plaintiff IMCO General Construction, Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26


PAGE 2 - USE PLAINTIFF AND PLAINTIFF IMCO GENERAL
          CONSTRUCTION, INC.'S SUPPLEMENTAL STATUS
          REPORT

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
(503) 221-0699
FAX (503) 223-5706

7608.055-01560161; 1