PHILLIP TORRES, ESQ.
ptorres@tttguamlawyers.com
TORRES LAW GROUP
Suite 2-A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: 671-477-9891
Facsimile: 671-472-2601

JOHN SPENCER STEWART, ESQ., *pro hac vice*
jstewart@lawssl.com
THOMAS A. LARKIN, ESQ., *pro hac vice*
tlarkin@lawssl.com
TYLER J. STORTI, ESQ., *pro hac vice*
tstorti@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: 503-221-0699
Facsimile: 503-223-5706
  *Attorneys for Use Plaintiff and Plaintiff
  IMCO General Construction, Inc.*

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES for the use and benefit of IMCO GENERAL CONSTRUCTION, INC., a Washington corporation, and IMCO GENERAL CONSTRUCTION, INC., a Washington corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>KEY TURF CONSTRUCTION, INC., a California corporation; WESTERN INSURANCE COMPANY, a Utah surety; SOUTH GULF, INC., a Florida corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey surety,<br><br>  Defendants. | CIVIL ACTION NO. 1:11-cv-00018<br><br>**PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S BRIEF REGARDING DAMAGES ON DEFAULT AGAINST KEY TURF, INC.** |

In response to the Court's August 9, 2017 Order [ECF No. 91], Plaintiff IMCO

General Construction, Inc. ("IMCO") submits the following brief in support of its

PAGE 1 - PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S
BRIEF REGARDING DAMAGES

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 92   Filed 08/25/17   Page 1 of 4

Motion for Default Judgment (ECF No. 16) against Defendant Key Turf Construction, Inc. ("Key Turf") and to summarize the evidence of IMCO's damages against Key Turf. This Brief is supported by the Declaration of Todd Pike submitted herewith, and the pleadings and file herein.

## I. DAMAGES SUMMARY

IMCO's damages against Key Turf total **$517,994.26**. Pike Decl. at ¶2. Those damages are comprised of the following categories (which, in turn, are further detailed in Section II below):

| | | |
|---|---|---:|
| a. | Contract Balance (Pay Apps 1-4): | $ 90,519.53 |
| b. | Retainage (Pay Apps 1-4) | $ 36,659.63 |
| c. | Delay Costs (Jan-May, 2011) | $248,805.94 |
| d. | Storage Fees (Jan, Feb 2011) | $     738.00 |
| | **Subtotal:** | **$376,723.10** |
| e. | Interest at 6% (5/31/2011 - 8/31/2017) | $141,271.16 |
| | **Grand Total:** | **$517,994.26** |

Pike Decl. at ¶3.

## II. DAMAGES DETAILS

This action arises out of the public works construction project owned by the United States Government known as Andersen AFB, Guam, Project AJJY 97-5120, Contract FA5240-09-C-0009 (the "Project"), which took place in Guam. Dismissed Defendant South Gulf, Inc. ("South Gulf") served as prime contractor. Key Turf served as first-tier subcontractor to South Gulf, and IMCO served as a (second-tier) subcontractor to Key Turf under a Subcontract Agreement dated July 26, 2010. Pike Decl., Ex. A.

During late 2010 and early 2011, IMCO performed its work in accordance with the Subcontract Agreement with Key Turf. Pike Decl. at ¶4. IMCO submitted its pay

PAGE 2 - PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S
BRIEF REGARDING DAMAGES

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 92   Filed 08/25/17   Page 2 of 4

applications to Key Turf. Pike Decl., Ex. B. Key Turf paid IMCO's early pay applications, but then failed and refused to pay IMCO in full for the balance of its work. *Id*. at ¶4, Ex. C. The contract billings and payments are broken down in Exhibit C to the Pike Declaration. IMCO also received a later payment from South Gulf for materials on hand, which was credited to Key Turf. *See* Pike Decl. at ¶4, Ex. C.

In early 2011, Key Turf completely abandoned the Project and left the site, which delayed IMCO and prevented IMCO from continuing with its work. Pike Decl. at ¶5. During this time, the Government took away Key Turf's credentials to access the site and took possession of IMCO's on-site equipment and materials. *Id*. For a time, IMCO was also prevented from even gaining access to the site. *Id*. From January 3, 2011 through the end of May, 2011, IMCO remained on standby and during that time incurred costs while it awaited official direction from South Gulf and the Government as to whether it would be allowed to finish its scope of work or should completely demobilize the rest of its forces. *Id*.

IMCO sent a formal notice of delay to Key Turf on January 4, 2011 providing notice of its delay claim for its delay and standby damages, and sent a formal follow up notice to Key Turf on January 5, 2011 setting forth the daily rate of its delay and standby costs. Pike Decl., Ex. D. During that delay/standby period (January 3, 2011-May 31, 2011), IMCO incurred equipment standby costs and supervisory personnel costs, which it tracked in Daily Reports (Ex. F) and summarized in a table attached as Exhibit E to the Pike Declaration. Pike Decl. at ¶5, Exs. E and F. IMCO also incurred storage fees in the amount of $738.00. *Id*.

IMCO is entitled to recover interest on the amounts owing (which have been liquidated at least since May 31, 2011) at the statutory rate of six percent (6%) per annum. *See* 18 GCA § 47106.

PAGE 3 - PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S
BRIEF REGARDING DAMAGES

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 92   Filed 08/25/17   Page 3 of 4

### III. CONCLUSION

Based on the foregoing, and on the other moving papers submitted previously, the Court should enter an order of default in IMCO's favor against Key Turf, Inc. in the amount of $517,994.26, plus post-judgment interest at the statutory rate until paid.

DATED at Portland, Oregon this 24th day of August, 2017.

| TORRES LAW GROUP | STEWART SOKOL & LARKIN, LLC |
|---|---|
| By: *s/ Phillip Torres*<br>PHILLIP TORRES, ESQ.<br>Attorneys for Use Plaintiff and<br>Plaintiff IMCO General<br>Construction, Inc. | By: *s/ Thomas A. Larkin*<br>JOHN SPENCER STEWART, *pro hac vice*<br>THOMAS A. LARKIN, *pro hac vice*<br>TYLER J. STORTI, *pro hac vice*<br>Attorneys for Use Plaintiff and<br>Plaintiff IMCO General Construction, Inc. |

PAGE 4 - PLAINTIFF IMCO GENERAL CONSTRUCTION, INC.'S BRIEF REGARDING DAMAGES

STEWART SOKOL & LARKIN LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
(503) 221-0699
FAX (503) 223-5706

Case 1:11-cv-00018   Document 92   Filed 08/25/17   Page 4 of 4